IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KEISHA DIXON**                                                                                    **PLAINTIFF**

VS.                                                      CIVIL ACTION NO. 3:05CV114-WHB-LRA

**PLANET 4 KIDZ CORP. CARE, ET AL**                                          **DEFENDANTS**

## FINAL JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on May 23, 2006, and the Court, having adopted said Report and Recommendation as the finding of this Court by Order dated January 12, 2007 finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 12th day of January, 2007.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE